

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Jerry Spence d/b/a Big Country Irrigation,

\* From the 259th District Court of Jones County, Trial Court No. 024543.

Vs. No. 11-19-00389-CV

\* October 28, 2021

Mark Hadley and Virginia Reger Morton, Trustee of the Virginia Reger Morton Revocable Living Trust,

\* Memorandum Opinion by Williams, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. We affirm the judgment of the trial court insofar as it ordered that the mechanic's lien filed by Jerry Spence d/b/a Big Country Irrigation be removed from the county records. We reverse the judgment of the trial court insofar as it entered a take-nothing judgment in favor of Mark Hadley and Virginia Reger Morton, Trustee of the Virginia Reger Morton Revocable Living Trust, with respect to Spence's claim for breach of contract, and we remand that claim to the trial court for further proceedings. We vacate the trial court's judgment insofar as it awarded $5,000 in attorney's fees to Hadley and Morton, and we remand for a redetermination of the proper amount of attorney's fees to be awarded. The costs incurred by reason of this appeal are taxed against Mark Hadley and Virginia Reger Morton, Trustee of the Virginia Reger Morton Revocable Living Trust.